### KAREN A. SEAVER *v.* MICHAEL A. SEAVER
### (5069)

DUPONT, C. J., HULL and DALY, Js.

Submitted on briefs February 9—decision released March 10, 1987

*Timothy Sheehan* filed a brief for the appellant (defendant).

*Lloyd Frauenglass* and *Nancy L. Thomson* filed a brief for the appellee (plaintiff).

PER CURIAM. The defendant appeals from the trial court's judgment entering certain pendente lite orders in this dissolution case. The trial court issued a comprehensive and well reasoned memorandum of decision setting forth its factual findings in detail and applying the appropriate legal criteria. See *Kaplan* v. *Kaplan,* 8 Conn. App. 114, 116–18, 510 A.2d 1024 (1986). There is no requirement in the applicable statutes which makes it mandatory that a trial court consider the federal tax implications of its financial orders. The court's judgment was not an abuse of its necessarily broad discretion. *McPhee* v. *McPhee* 186 Conn. 167, 177, 440 A.2d 274 (1982); *Niles* v. *Niles,* 9 Conn. App. 240, 254, 518 A.2d 932 (1986); *Jetmore* v. *Jetmore,* 6 Conn. App. 632, 634, 507 A.2d 116 (1986).

There is no error.